Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON CHRISTOPHER HINE,<br><br>Petitioner,<br><br>vs.<br><br>MANUEL PORTILLO, *et al.*,<br><br>Respondents. | 2:26-cv-02022-RFB-EJY<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS (ECF 7)<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between BENJAMIN DURHAM, counsel for Petitioner, and ERIC HOSHIZAKI, counsel for Respondents, that the Petitioner's Response to Respondents' Motion to Dismiss (ECF 7), currently due October 22, 2026, be continued until November 16, 2026. The Motion to Dismiss was filed October 8, 2026.

This Stipulation is entered into for the following reasons:

1. Counsel for Petitioner needs additional time to fully investigate, research and adequately brief the issues raised in the Respondents' Motion to Dismiss.

2. The parties have conferred and agree to the extension.

3. The additional time requested herein is not sought for purposes of delay, but to

allow for adequate time to effectively and thoroughly research and prepare the Petitioner's response brief.

4. Additionally, denial of this request for extension could result in a miscarriage of justice.

5. This is the first request to continue the instant deadline.

DATED: October 20, 2026

BENJAMIN DURHAM LAW FIRM

*/s/ Benjamin Durham*

BENJAMIN DURHAM
Nevada Bar No. 7684
601 S. Rancho Dr. B14
Las Vegas, NV 89106
Attorney for Petitioner

AARON D. FORD
Attorney General

*/s/ Eric Hoshizaki*

ERIC HOSHIZAKI
Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701
Attorney for Respondents

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 22, 2026