AARON D. FORD
Attorney General
SARA H. STEPHAN (Bar No. 13768)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119-4339
(702) 486-5692 (phone)
(775) 684-1108 (fax)
SHStephan@ag.nv.gov
*Attorneys for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AARON CHRISTOPHER HINE,

Petitioner,

vs.

MANUEL PORTILLO, *et al.,*

Respondents.

Case No.: 2:26-cv-02022-RFB-EJY

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE REPLY TO RESPONSE TO MOTION TO DISMISS (ECF NO. 10) (FIRST REQUEST)**

Respondents, through legal counsel, Aaron D. Ford, Attorney General of The State of Nevada, and Sara H. Stephan, Deputy Attorney General, hereby move this court for an enlargement of time to file the reply to address Petitioner Aaron Christopher Hine's (Hine) Response to State's Motion to Dismiss (ECF 7) filed in this matter. ECF No. 10. Respondents request an enlargement of forty-five (45) days, until Thursday January 14, 2027. The reply is currently due November 30, 2026.

This is Respondents' first request for an extension of time in which to file the reply to the response to the motion and made in good faith, based in part upon the extenuating circumstances described in the declaration and not for purposes of delay.

RESPECTFULLY SUBMITTED this 20th day of November, 2026.

AARON D. FORD
Attorney General

By: /s/ Sara H. Stephan
SARA H. STEPHAN (Bar No. 13768)
Deputy Attorney General

**DECLARATION OF SARA H. STEPHAN**

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-Conviction Division, and I make this declaration on behalf of Respondents' Unopposed Motion for Enlargement of Time to file a Reply to Petitioner's Response to Motion to Dismiss ECF 7 (ECF No. 10), filed in the above-captioned case. I am requesting an enlargement of forty-five (45) days, up to and including Thursday January 14, 2027. The response is currently due November 30, 2026.

2. This case was reassigned to me on November 17, 2026, due to prior counsel leaving the Attorney General's Office. The requested time is to permit counsel to review the case to be able to respond to Hine's Response to State's Motion to Dismiss (ECF No. 10).

3. Counsel has been working on an answer whose due date was Friday, November 20, 2026, in *Kody Cree Patten v. State of Nevada, et al.*, USDC case number 3:22-cv-00310-MMD-CLB. The due date in that case is set for extension request based on additional time needed to complete the answer.

4. On November 18, 2026, Counsel contacted Hine's counsel, Benjamin C. Durham, via e-mail regarding his position on this motion. Mr. Durham stated he did not oppose this request.

For the reasons stated herein, Counsel respectfully requests the Court find good cause to grant the motion for enlargement of time of forty-five (45) days, until January 14, 2027, to file the reply to the response to the motion to dismiss claims in this matter.

DATED this 20th day of November 2026.

By: */s/* Sara H. Stephan
SARA H. STEPHAN (Bar No. 13768)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 20 day of November, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 20th day of November, 2026, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE REPLY TO RESPONSE TO MOTION TO DISMISS (ECF NO. 10) (FIRST REQUEST)** by U.S. District Court CM/ECF electronic filing to:

Benjamin C. Durham, Esq.
601 S. Rancho Drive B14
Las Vegas, NV 89106

/s/ Carrie Crago